# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

MARK A. RANKIN,                    )
                                   )
              Plaintiff,           )
                                   )          NO.  CV-10-305-JPH
       vs.                         )
                                   )     **JUDGMENT IN A**
MICHAEL J. ASTRUE,                 )        **CIVIL CASE**
Commissioner of Social Security,   )
                                   )
              Defendant.           )
                                   )
_____)

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

DATED this  8th  day of  November, 2011.

                          JAMES R. LARSEN
                          District Court Executive/Clerk


                          by: __s/ Karen White_____
                               Deputy Clerk



cc: all counsel